**Exhibit A to the Complaint**

**Location:** Bolingbrook, IL  **IP Address:** 98.46.158.77
**Total Works Infringed:** 66  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 8074DBD7901214EED235CFAC6D4F3F7EF7F23049 | 04/18/2025 20:45:35 | Vixen | 04/18/2025 | 04/23/2025 | PA0002527325 |
| 2 | 20BAF945F4047EA33912F47AF705D3BD16E3DEFA | 04/01/2025 03:30:31 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 3 | 3C8C4AFFBF018FB144136D0CE65077B8751BC898 | 03/28/2025 16:15:46 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 4 | 99396a1bee2c469528fd10e71f1afd2eba16f1f0 | 03/09/2025 07:38:40 | Blacked Raw | 10/14/2024 | 10/16/2024 | PA0002494704 |
| 5 | DB8AF55559268FEB95302A5366447C1B2421569A | 02/25/2025 04:05:40 | Milfy | 12/27/2023 | 01/16/2024 | PA0002453486 |
| 6 | D58A1E497F26BF771D42E3CB825622212A3ADC09 | 02/16/2025 01:20:44 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 7 | E64F76238A3096CD88D00E3D977542947EC8991D | 01/30/2025 00:00:57 | Milfy | 01/29/2025 | 02/18/2025 | PA0002516129 |
| 8 | E620DE016D72B80A50572BE0F5B4E7E69196BA49 | 01/24/2025 20:28:59 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 9 | D08F75E13AB3AD3C37E3763718758A8CF0929936 | 12/31/2024 21:12:15 | TushyRaw | 12/31/2024 | 01/16/2025 | PA0002509650 |
| 10 | 73918FA0FA974BC2F33C2ECB0D575CA562053C19 | 12/18/2024 03:07:26 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 11 | 648510D037AA86A4CDB48F7A0336C1104063D51C | 11/26/2024 05:40:50 | Milfy | 11/20/2024 | 12/13/2024 | PA0002506260 |
| 12 | 1D9925C2E848331EB7E713A5E630032779E168ED | 11/16/2024 02:28:43 | Vixen | 11/15/2024 | 12/13/2024 | PA0002506276 |
| 13 | 6526C282BD13919FBEAA3B7D6DF8C763EBD3FD02 | 10/29/2024 02:16:11 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 14 | c662d2e79632ad5bbee5c5b9d37ea28e566e26a4 | 10/20/2024 11:36:46 | Blacked Raw | 06/17/2024 | 07/15/2024 | PA0002480596 |
| 15 | 669565d25b78af0de695fd177e98669a8185e13a | 10/17/2024 07:43:36 | Blacked Raw | 09/30/2024 | 10/16/2024 | PA0002494699 |
| 16 | F2E97CBB268C9C2677E60F21620B67300A351252 | 10/17/2024 01:51:28 | Milfy | 10/16/2024 | 11/18/2024 | PA0002500972 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 7171e45c7dc876e6eafc89a58a3ae0c8943faaf6 | 10/16/2024 05:46:49 | Vixen | 04/19/2024 | 05/09/2024 | PA0002470255 |
| 18 | a2ad39b72922ad0a7d1250d7b917e88822b7e56d | 10/15/2024 22:03:34 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 19 | 412578679e47b9c58f0f993262dde766773eca3b | 10/14/2024 22:53:17 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 20 | 302f35d320bdbcee8c91acf1aca3600cca691c5b | 10/13/2024 20:32:41 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 21 | 76848888d2df1f2f818f9e2b2299d0a9e9db8bd3 | 10/12/2024 06:27:06 | Blacked Raw | 08/05/2024 | 08/14/2024 | PA0002484841 |
| 22 | d20ca8e794e215b6912345120fc2e08ee3000f84 | 10/04/2024 17:23:01 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 23 | 95ae1cfbd48e925e4c2da3e7c903c81c929a8da7 | 09/27/2024 02:36:49 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 24 | 820ba11fc51d29f7a0a31e6237a3ec66fe9dce05 | 09/20/2024 11:49:16 | Blacked Raw | 08/12/2024 | 09/17/2024 | PA0002490352 |
| 25 | 4d71043d928c22f0b247b11653e0100d5538944c | 09/19/2024 10:08:53 | Vixen | 07/12/2024 | 08/15/2024 | PA0002484858 |
| 26 | 57acaaec66b02bfeda73a82aff599a7d77dd019a | 09/14/2024 04:22:57 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 27 | 9d392b54d5ffe92319f3737cc962f7d65b301e64 | 09/13/2024 01:54:42 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 28 | 166802a053eae83e4d6764aae1207f8912810ce2 | 09/09/2024 08:53:45 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 29 | 815c774fafcac05cea82abbdc852fdfbe1c8f7ff | 09/06/2024 04:57:38 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 30 | 40D544926DCF7879F40754D560E5B8DC91682584 | 08/31/2024 15:47:42 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 31 | 80D949AA5BEE98DB430B559B97225AA2577F6012 | 08/29/2024 18:26:08 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 32 | e1551caccd935ac3b9f9d5322b92a70608206b27 | 08/19/2024 16:49:17 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |
| 33 | 3f172aa217386e11cad2d971820a59949c91d61e | 08/16/2024 10:51:28 | Blacked | 07/02/2024 | 07/15/2024 | PA0002480438 |
| 34 | dcfc710096191fd72827475f1db5d0ac59bad149 | 08/15/2024 12:33:09 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 426488f1fb5f9392373854d9030834975cb51f4b | 08/09/2024 06:01:36 | TushyRaw | 05/07/2024 | 06/19/2024 | PA0002476875 |
| 36 | 9632a926c9e011fc05794fd2ac1fd22b5a0f7c47 | 08/08/2024 22:30:33 | Vixen | 03/08/2024 | 04/12/2024 | PA0002465385 |
| 37 | 57f55ca7125814e267bb25e984949993e4f8dad9 | 08/05/2024 11:56:07 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 38 | 6ca595682883dd538b6927a0551c84795b80da0b | 08/02/2024 22:00:36 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 39 | 441BC90B5AE8021E78AD45EE276B136D9A95BEDC | 07/30/2024 23:25:57 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 40 | 9f39466b482ade112d6932f10cedead92a3728b6 | 07/28/2024 22:13:43 | Blacked Raw | 05/27/2024 | 06/18/2024 | PA0002476931 |
| 41 | 77535c88ed75a9ff7685b28806bba1a466a2325e | 07/27/2024 09:12:29 | Tushy | 04/14/2024 | 05/08/2024 | PA0002470012 |
| 42 | e8dc0c4565c2e5eaab389a11f58f42a84a26ee69 | 07/17/2024 02:24:37 | Blacked | 03/19/2024 | 04/10/2024 | PA0002464916 |
| 43 | 8995ae9c0b02df403ecf8d2c125b2ae3d6a9e863 | 07/02/2024 10:11:59 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 44 | 70805979eacbf75be5260e92282aa7d892bf3b00 | 06/28/2024 23:14:25 | TushyRaw | 02/13/2024 | 03/12/2024 | PA0002459334 |
| 45 | 22919230856601b1f9e1d3ea68c05c2c988bb5e5 | 06/15/2024 01:28:44 | Vixen | 04/12/2024 | 05/09/2024 | PA0002470236 |
| 46 | 351cfb099022c087178843eadd5f0013c8f8f2ea | 06/14/2024 20:15:39 | TushyRaw | 06/04/2024 | 06/18/2024 | PA0002476918 |
| 47 | 9acb639901085fa07ea8f75da5b6f04d46e7503c | 06/08/2024 01:36:47 | TushyRaw | 03/05/2024 | 03/13/2024 | PA0002459340 |
| 48 | bef256ec67ad9baa45acf68d10e942eceab40372 | 06/07/2024 05:48:37 | Blacked Raw | 03/11/2024 | 04/10/2024 | PA0002464921 |
| 49 | d700bd1a2f69c785dee91bdd44f37b76ae362cb7 | 06/07/2024 05:34:20 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 50 | 957adcd68485d4ad0cba0f310f020b64874ced21 | 06/06/2024 12:03:52 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 51 | 3a92edf745fe56abed91977051aafce9fd173647 | 06/06/2024 11:11:19 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 52 | c5c5c7714a0da1b29219553e4a8fef5d32ff83e0 | 06/05/2024 20:51:35 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 52ceb33a55dcdebc3b7f2e55743c52eb321780c0 | 06/04/2024 02:49:07 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 54 | 8517fa09ec042f36973722942258cd5bd8899371 | 06/02/2024 09:21:50 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 55 | 4568a3b0b7d8ced53a1d026a605bf1f3f0e9d968 | 06/01/2024 12:18:52 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 56 | a1649a439d03a5a1fff03ae278a03579bd91f484 | 05/24/2024 10:49:37 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 57 | 5a5fd18fd303d8a624d5e5018ca22a2ac9d0d183 | 05/20/2024 02:30:05 | Blacked Raw | 05/13/2024 | 06/18/2024 | PA0002476936 |
| 58 | ccc322ac7862101d9e82cd06381b533c8d22cfdb | 05/19/2024 04:56:43 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 59 | 33d1c4c12f0a028aa2332b97e8fa15bcfb4b7578 | 05/17/2024 16:21:54 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 60 | eea096804ae4d78a0f6a98dd897b51f11ec720ae | 05/16/2024 14:57:04 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |
| 61 | 61dc0600b74e6dbd8ee6aff50c03ed67cc8c8c35 | 05/03/2024 07:01:48 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 62 | 09da9b039cfe6d5def7edfe7624a12d194eabc02 | 04/20/2024 18:03:29 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 63 | 1ed1691967611be5ef32ec8f4f9aac2bde334999 | 04/19/2024 20:00:11 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 64 | bd99e34990455ee5b53de535f9b1b224b8318205 | 04/19/2024 12:59:51 | TushyRaw | 04/09/2024 | 05/08/2024 | PA0002470010 |
| 65 | ab11ee5db9de803453c3fca068b7c6bb9e07d9d9 | 03/20/2024 02:17:01 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 66 | 0ef40ea1f543b2e59fcb645723acfb4efedbb0f6 | 03/17/2024 06:55:09 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |