✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>USDC Northern District of Illinois |
|---|---|
| **DOCKET NO.** 1:25-cv-04916 **DATE FILED** 5/5/2025 | |
| **PLAINTIFF**<br>Strike 3 Holdings LLC | **DEFENDANT**<br>John Doe subscriber assigned IP address 98.46.158.77 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Thomas G. Bruton | **(BY) DEPUTY CLERK**<br>R. Cornejo | **DATE**<br>5/8/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Exhibit A to the Complaint

**Location:** Bolingbrook, IL  **IP Address:** 98.46.158.77
**Total Works Infringed:** 66  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 8074DBD7901214EED235CFAC6D4F3F7EF7F23049 | 04/18/2025 20:45:35 | Vixen | 04/18/2025 | 04/23/2025 | PA0002527325 |
| 2 | 20BAF945F4047EA33912F47AF705D3BD16E3DEFA | 04/01/2025 03:30:31 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 3 | 3C8C4AFFBF018FB144136D0CE65077B8751BC898 | 03/28/2025 16:15:46 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 4 | 99396a1bee2c469528fd10e71f1afd2eba16f1f0 | 03/09/2025 07:38:40 | Blacked Raw | 10/14/2024 | 10/16/2024 | PA0002494704 |
| 5 | DB8AF55559268FEB95302A5366447C1B2421569A | 02/25/2025 04:05:40 | Milfy | 12/27/2023 | 01/16/2024 | PA0002453486 |
| 6 | D58A1E497F26BF771D42E3CB825622212A3ADC09 | 02/16/2025 01:20:44 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 7 | E64F76238A3096CD88D00E3D977542947EC8991D | 01/30/2025 00:00:57 | Milfy | 01/29/2025 | 02/18/2025 | PA0002516129 |
| 8 | E620DE016D72B80A50572BE0F5B4E7E69196BA49 | 01/24/2025 20:28:59 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 9 | D08F75E13AB3AD3C37E3763718758A8CF0929936 | 12/31/2024 21:12:15 | TushyRaw | 12/31/2024 | 01/16/2025 | PA0002509650 |
| 10 | 73918FA0FA974BC2F33C2ECB0D575CA562053C19 | 12/18/2024 03:07:26 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 11 | 648510D037AA86A4CDB48F7A0336C1104063D51C | 11/26/2024 05:40:50 | Milfy | 11/20/2024 | 12/13/2024 | PA0002506260 |
| 12 | 1D9925C2E848331EB7E713A5E630032779E168ED | 11/16/2024 02:28:43 | Vixen | 11/15/2024 | 12/13/2024 | PA0002506276 |
| 13 | 6526C282BD13919FBEAA3B7D6DF8C763EBD3FD02 | 10/29/2024 02:16:11 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 14 | c662d2e79632ad5bbee5c5b9d37ea28e566e26a4 | 10/20/2024 11:36:46 | Blacked Raw | 06/17/2024 | 07/15/2024 | PA0002480596 |
| 15 | 669565d25b78af0de695fd177e98669a8185e13a | 10/17/2024 07:43:36 | Blacked Raw | 09/30/2024 | 10/16/2024 | PA0002494699 |
| 16 | F2E97CBB268C9C2677E60F21620B67300A351252 | 10/17/2024 01:51:28 | Milfy | 10/16/2024 | 11/18/2024 | PA0002500972 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 7171e45c7dc876e6eafc89a58a3ae0c8943faaf6 | 10/16/2024 05:46:49 | Vixen | 04/19/2024 | 05/09/2024 | PA0002470255 |
| 18 | a2ad39b72922ad0a7d1250d7b917e88822b7e56d | 10/15/2024 22:03:34 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 19 | 412578679e47b9c58f0f993262dde766773eca3b | 10/14/2024 22:53:17 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 20 | 302f35d320bdbcee8c91acf1aca3600cca691c5b | 10/13/2024 20:32:41 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 21 | 76848888d2df1f2f818f9e2b2299d0a9e9db8bd3 | 10/12/2024 06:27:06 | Blacked Raw | 08/05/2024 | 08/14/2024 | PA0002484841 |
| 22 | d20ca8e794e215b6912345120fc2e08ee3000f84 | 10/04/2024 17:23:01 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 23 | 95ae1cfbd48e925e4c2da3e7c903c81c929a8da7 | 09/27/2024 02:36:49 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 24 | 820ba11fc51d29f7a0a31e6237a3ec66fe9dce05 | 09/20/2024 11:49:16 | Blacked Raw | 08/12/2024 | 09/17/2024 | PA0002490352 |
| 25 | 4d71043d928c22f0b247b11653e0100d5538944c | 09/19/2024 10:08:53 | Vixen | 07/12/2024 | 08/15/2024 | PA0002484858 |
| 26 | 57acaaec66b02bfeda73a82aff599a7d77dd019a | 09/14/2024 04:22:57 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 27 | 9d392b54d5ffe92319f3737cc962f7d65b301e64 | 09/13/2024 01:54:42 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 28 | 166802a053eae83e4d6764aae1207f8912810ce2 | 09/09/2024 08:53:45 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 29 | 815c774fafcac05cea82abbdc852fdfbe1c8f7ff | 09/06/2024 04:57:38 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 30 | 40D544926DCF7879F40754D560E5B8DC91682584 | 08/31/2024 15:47:42 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 31 | 80D949AA5BEE98DB430B559B97225AA2577F6012 | 08/29/2024 18:26:08 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 32 | e1551caccd935ac3b9f9d5322b92a70608206b27 | 08/19/2024 16:49:17 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |
| 33 | 3f172aa217386e11cad2d971820a59949c91d61e | 08/16/2024 10:51:28 | Blacked | 07/02/2024 | 07/15/2024 | PA0002480438 |
| 34 | dcfc710096191fd72827475f1db5d0ac59bad149 | 08/15/2024 12:33:09 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 426488f1fb5f9392373854d9030834975cb51f4b | 08/09/2024 06:01:36 | TushyRaw | 05/07/2024 | 06/19/2024 | PA0002476875 |
| 36 | 9632a926c9e011fc05794fd2ac1fd22b5a0f7c47 | 08/08/2024 22:30:33 | Vixen | 03/08/2024 | 04/12/2024 | PA0002465385 |
| 37 | 57f55ca7125814e267bb25e984949993e4f8dad9 | 08/05/2024 11:56:07 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 38 | 6ca595682883dd538b6927a0551c84795b80da0b | 08/02/2024 22:00:36 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 39 | 441BC90B5AE8021E78AD45EE276B136D9A95BEDC | 07/30/2024 23:25:57 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 40 | 9f39466b482ade112d6932f10cedead92a3728b6 | 07/28/2024 22:13:43 | Blacked Raw | 05/27/2024 | 06/18/2024 | PA0002476931 |
| 41 | 77535c88ed75a9ff7685b28806bba1a466a2325e | 07/27/2024 09:12:29 | Tushy | 04/14/2024 | 05/08/2024 | PA0002470012 |
| 42 | e8dc0c4565c2e5eaab389a11f58f42a84a26ee69 | 07/17/2024 02:24:37 | Blacked | 03/19/2024 | 04/10/2024 | PA0002464916 |
| 43 | 8995ae9c0b02df403ecf8d2c125b2ae3d6a9e863 | 07/02/2024 10:11:59 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 44 | 70805979eacbf75be5260e92282aa7d892bf3b00 | 06/28/2024 23:14:25 | TushyRaw | 02/13/2024 | 03/12/2024 | PA0002459334 |
| 45 | 22919230856601b1f9e1d3ea68c05c2c988bb5e5 | 06/15/2024 01:28:44 | Vixen | 04/12/2024 | 05/09/2024 | PA0002470236 |
| 46 | 351cfb099022c087178843eadd5f0013c8f8f2ea | 06/14/2024 20:15:39 | TushyRaw | 06/04/2024 | 06/18/2024 | PA0002476918 |
| 47 | 9acb639901085fa07ea8f75da5b6f04d46e7503c | 06/08/2024 01:36:47 | TushyRaw | 03/05/2024 | 03/13/2024 | PA0002459340 |
| 48 | bef256ec67ad9baa45acf68d10e942eceab40372 | 06/07/2024 05:48:37 | Blacked Raw | 03/11/2024 | 04/10/2024 | PA0002464921 |
| 49 | d700bd1a2f69c785dee91bdd44f37b76ae362cb7 | 06/07/2024 05:34:20 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 50 | 957adcd68485d4ad0cba0f310f020b64874ced21 | 06/06/2024 12:03:52 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 51 | 3a92edf745fe56abed91977051aafce9fd173647 | 06/06/2024 11:11:19 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 52 | c5c5c7714a0da1b29219553e4a8fef5d32ff83e0 | 06/05/2024 20:51:35 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 52ceb33a55dcdebc3b7f2e55743c52eb321780c0 | 06/04/2024 02:49:07 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 54 | 8517fa09ec042f36973722942258cd5bd8899371 | 06/02/2024 09:21:50 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 55 | 4568a3b0b7d8ced53a1d026a605bf1f3f0e9d968 | 06/01/2024 12:18:52 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 56 | a1649a439d03a5a1fff03ae278a03579bd91f484 | 05/24/2024 10:49:37 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 57 | 5a5fd18fd303d8a624d5e5018ca22a2ac9d0d183 | 05/20/2024 02:30:05 | Blacked Raw | 05/13/2024 | 06/18/2024 | PA0002476936 |
| 58 | ccc322ac7862101d9e82cd06381b533c8d22cfdb | 05/19/2024 04:56:43 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 59 | 33d1c4c12f0a028aa2332b97e8fa15bcfb4b7578 | 05/17/2024 16:21:54 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 60 | eea096804ae4d78a0f6a98dd897b51f11ec720ae | 05/16/2024 14:57:04 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |
| 61 | 61dc0600b74e6dbd8ee6aff50c03ed67cc8c8c35 | 05/03/2024 07:01:48 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 62 | 09da9b039cfe6d5def7edfe7624a12d194eabc02 | 04/20/2024 18:03:29 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 63 | 1ed1691967611be5ef32ec8f4f9aac2bde334999 | 04/19/2024 20:00:11 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 64 | bd99e34990455ee5b53de535f9b1b224b8318205 | 04/19/2024 12:59:51 | TushyRaw | 04/09/2024 | 05/08/2024 | PA0002470010 |
| 65 | ab11ee5db9de803453c3fca068b7c6bb9e07d9d9 | 03/20/2024 02:17:01 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 66 | 0ef40ea1f543b2e59fcb645723acfb4efedbb0f6 | 03/17/2024 06:55:09 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |