**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:25-cv-04916 |
| | ) |
| JOHN DOE subscriber assigned IP address | ) Judge: Matthew F. Kennelly |
| 98.46.158.77, | ) Magistrate Judge: Jeffrey T. Gilbert |
| | ) |
| Defendant. | ) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Jeremy J. Thompson, the undersigned attorney, hereby certify that on May 19, 2025, the foregoing documents, Plaintiff's **Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference** and accompanying **Memorandum of Points and Authorities in Support of Plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference** was electronically filed with the United States District Court Clerk of the Northern District of Illinois, by using the courts CM/ECF system. At this time, however, Doe's identity remains unknown, and Plaintiff is unable to process service on Defendant, John Doe subscriber assigned IP Address 98.46.158.77.

Dated: May 19, 2025

                                                            Respectfully submitted,

                                                            By: /s/ *Jeremy J. Thompson*
                                                            **Jeremy J. Thompson** (Reg. # 402173)
                                                            The Law Office of Jeremy J. Thompson PLLC
                                                            5200 Willson Road, Suite 150
                                                            Edina, MN 55424
                                                            Tel.: (952) 952-1883
                                                            Fax: (952) 952-1884
                                                            Email: jeremy@jthompson.law

1