# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Strike 3 Holdings LLC

                Plaintiff,

v.

John Doe subscriber assigned IP address 98.46.158.77

                Defendant.

Case No.: 1:25−cv−04916
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2025:

    MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to serve a subpoena for records on Comcast Cable [7] is granted. The case is set for a telephonic status hearing on 7/21/2025 at 8:55 AM, using call−in number 650−479−3207, access code 2305−915−8729. Plaintiff is directed to file a status report on 7/14/2025. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.